UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

DEER RUN CORPORATION                                    CASE NO. 07-11847
            DEBTOR(S).                                        CHAPTER 7

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim # 2 of T-Time Designs, Inc.
> Account number:  10578
> Claimed amount:  $113.52
> Pro rata distribution:  $2.69
>
> Claim #3 of R & R Products
> Account number:  46701G
> Claimed amount:  $166.05
> Pro rata distribution:  $3.93
>
> Claim #10 of Ideare Media
> Account number:  2528/-6430
> Claimed amount:  $97.75
> Pro rata distribution:  $2.31
>
> Claim #12 of Capital Recovery One
> Account number:  1445
> Claimed amount:  $95.81
> Pro rata distribution:  $2.27

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  September 1, 2010 /s/ Mark A. Warsco
Mark A. Warsco, Trustee
P.O. Box 11647
Fort Wayne, IN  46859-1647
Telephone:  (260) 469-0256
e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on September 1, 2010:

| | |
|---|---|
| JEFFREY A. SCHREIBER<br>jschreiber@schreiblaw.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| T-Time Designs, Inc.<br>PO Box 295<br>Rushville, IN 46173-0295 | R & R Products<br>3334 E. Milber Street<br>Tucson, AZ 85714-2029 |
| Ideare Media<br>formerly Verizon Directories<br>5601 Executive Drive<br>Irving, TX 75038 | Capital Recovery One<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131 |

/s/  Mark A. Warsco
Mark A. Warsco, Trustee